FILE COPY

No. 07-18-00328-CR

| | | |
|---|---|---|
| Jacob Alan Edgar<br>  Appellant | § | From the 108th District Court<br>  of Potter County |
| | § | |
| v. | | January 24, 2020 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Chief Justice Quinn |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated January 24, 2020, it is ordered, adjudged and decreed that the judgment of the trial court is modified as set forth in the opinion and affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o